UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| YINPING DONG,<br><br>Plaintiff,<br><br>v.<br><br>MITCH MCINNES, et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 4:26-cv-00096-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

On October 8, 2026, Plaintiff filed a Notice with the Court,[1] therein notifying the Court of Plaintiff's native language of Mandarin Chinese and limited proficiency with the English language and ongoing medical hardships due to the incident that is the subject of this case.[2] Plaintiff also requests that the Court afford Plaintiff certain accommodations throughout the entirety of the proceedings.[3] For the reasons discussed below, the Court grants Plaintiff's requests.

Plaintiff first asks that this Court construe Plaintiff's written submissions liberally and overlook "grammatical, technical, or translation inaccuracies."[4] "A pro se litigant's pleadings are to be construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers."[5] As such, and acknowledging Plaintiff's concern with the language barrier, the Court will apply this standard throughout the case in reviewing Plaintiff's pleadings filed with the Court.

[1] Docket No. 23.
[2] *Id.* at 2.
[3] *Id.* at 3.
[4] *Id.*
[5] *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Next, Plaintiff requests that this Court permit the "necessary use of translation software and assistive technologies throughout the entirety of these proceedings."[6] To the extent Plaintiff has communicated to the Court the use of translation tools and the like to understand Court orders and other legal documents, the Court appreciates Plaintiff's candor. Furthermore, Plaintiff is permitted to use the technologies to aid in her representation so long as she is abiding by the Federal Rules of Civil Procedure the Court's Local Civil Rules of Practice[7] in her proceedings with the Court.

Plaintiff's requests are hereby GRANTED in accordance with the reasoning set forth herein.

DATED this 26th day of October 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge

[6] Docket No. 23, at 3.
[7] *See* "Rules of Practice," United States District Court, District of Utah, https://www.utd.uscourts.gov/rules-practice, [https://perma.cc/X8DP-WHQ7].